```
                                                          CLERK'S OFFICE U.S. DIST COURT
                                                                 AT ROANOKE, VA
                                                                      FILED

                                                                  NOV 17 2005
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **ROBERT LAWRENCE PAYNE,** ) | Civil Action No. 7:05-cv-00698 |
| Petitioner, ) | |
| ) | **FINAL ORDER** |
| v. ) | |
| ) | By: Hon. James C. Turk |
| **UNITED STATES OF AMERICA,** ) | Senior United States District Judge |
| Respondent. ) | |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that petitioner's motion, styled as a motion for relief from judgment under Rule 60(b) in Civil Action No. 7:96-cv-00920, is hereby **CONSTRUED** as a motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, and is **DISMISSED** as successive; and this action is hereby stricken from the active docket of the court. It is further **ORDERED** that the clerk **SHALL** associate a copy of this order and the accompanying memorandum opinion with Civil Action No. 7:96-cv-00920 and shall terminate Document 66 in that action.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner and to counsel of record for the respondent.

ENTER: This 17th day of November, 2005.

_____
Senior United States District Judge